

**MEMORANDUM**

To: The Honorable F. Dennis Saylor, IV, U.S. District Judge

From: Kelly Foster, U.S. Probation Officer

Re: NGUYEN Henry
TRANSFER OF JURISDICTION

Date: October 12, 2011

The above-named individual appeared before the Honorable Fred Van Sickle, U.S. District Judge, Eastern District of Washington, after having pled guilty to Conspiracy to Manufacture Marijuana. He was sentenced to sixty months imprisonment, followed by forty-eight months Supervised Release with special conditions.

On September 9, 2011, Mr. Nguyen was released from custody to the District of Massachusetts. He has established residency at 17 Sigel Street, Worcester, MA, and will be supervised out of this office. In view of the fact that he has and will continue to reside in this area, we are requesting jurisdiction of this case be transferred to the District of Massachusetts.

If Your Honor concurs with the above, please execute the attached Probation Form 22's, and return the executed original(s) to this office with a newly assigned Docket Number.

Thank you for your attention to this matter.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:07CR02048-005 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) 11CR40046 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of Washington | DIVISION |
|---|---|---|
| Henry Nguyen 17 Sigel Street Worcester, MA 01610 | NAME OF SENTENCING JUDGE Fred Van Sickle | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/09/2011 | TO 09/08/2015 |

OFFENSE
Conspiracy to Manufacture Marijuana, 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District Of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/28/11
*Date*                                    *Fred Van Sickle*
                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    District Of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                          *United States District Judge*